IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03403-RMR-TPO

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

v.

**IAN G. BELL,**

    Defendants

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ANSWER**

Defendant Ian Bell, by and through his counsel from the law firm of Springer and Steinberg, P.C., hereby submits the following unopposed motion for extension of time to file answer or otherwise respond. As grounds therefore, Defendant states as follows:

**Certificate of Conferral**

1. Pursuant to D.C.COLO.LCiv R 7.1(a), counsel for Defendant has conferred with counsel for Plaintiff, the U.S. Securities and Exchange Commission, who does not oppose the requested relief.

2. Plaintiff filed a Complaint on December 9, 2024. ECF No. 1. In pertinent part, on May 7th, 2025, Mr. Bell filed an Unopposed Motion for Extension of Time to File Answer or Otherwise Respond to allow sufficient time to address the Government's Motion to Stay prior to filing a substantive answer to Plaintiff's Complaint. ECF No. 26. The Court granted Mr. Bell's Unopposed Motion for Extension of Time to File Answer or Otherwise Respond

on May 9th, 2025. ECF No. 28. The current deadline for Mr. Bell to file an answer or otherwise respond to Plaintiff's Complaint is July 11th, 2025.

3. On March 6, 2025, the Government filed an Unopposed Motion to Intervene and Stay. ECF No. 14. The Government's Motion to Intervene and Stay remains pending before the Court.

4. The Complaint contains approximately two hundred and forty-seven paragraphs, and comprises the same subject matter involved in the criminal indictment, *United States v. Ian Gregory Bell*, No. 24-CR-00345-PAB (D. Colo.). That case is currently scheduled for Sentencing on September 12th, 2025 at 11:00am.

5. A 90-day extension of time will allow additional time for the Court to consider the Government's Motion for Stay and issue an Order on the Government's Motion. Similarly, a 90-day extension should allow the related criminal case that comprises the same subject matter as the Complaint to proceed to sentencing prior to the Answer being due in this case. This will prevent numerous answers wherein Mr. Bell invokes the 5th Amendment related to the subject matter of his indictment.

6. Accordingly, Mr. Bell respectfully requests a 90-day extension to file an answer to allow sufficient time to address the Government's Motion to Stay and allow the related criminal case to proceed to sentencing prior to filing a substantive answer to Plaintiff's Complaint.

**DATED** this 2nd day of July, 2025.

            Respectfully submitted,
            SPRINGER & STEINBERG, P.C.

            By:/s/ *Austin G. Miller*
                Austin G. Miller
                Attorney for Ian G. Bell

1400 S. Colorado Blvd., Suite 500
Denver, Colorado 80222
(303) 861-2800
amiller@springersteinberg.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of July, 2025, I filed the foregoing via CM/ECF which will provide notice to:

**Jodanna Haskins**
**Securities and Exchange Commission**
haskinsjo@sec.gov

                                                /s/*Stacey Lopez*
                                                Stacey Lopez