IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 24-cv-03403-RMR-TPO

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION,**

    Plaintiff,

**v.**

**IAN G. BELL,**

    Defendants

## JOINT MOTION TO LIFT STAY

Plaintiff United States Securities and Exchange Commission ("SEC"), Defendant Ian G. Bell ("Bell"), and intervening party the United States of America, by and through undersigned counsel (collectively "the Parties"), hereby submit the following *Joint Motion to Lift Stay*. In support thereof, the Parties state as follows:

1. The SEC filed its Complaint on December 9, 2024. [ECF 1.]

2. On March 6, 2025, the United States filed its *Unopposed Motion to Intervene and Stay* ("Motion to Stay") [ECF 14] "for the sole purpose of staying discovery in this matter until the criminal prosecution" against Bell is resolved. [*Id.*]

3. On September 8, 2025, the Court granted the Motion to Stay. [ECF 31.] The Court further ordered the Parties to file a joint motion to lift the stay "[w]ithin seven days of the pronouncement of sentence in the underlying criminal case." [*Id.* at p. 4.]

4. Bell was sentenced on September 12, 2025.

WHEREFORE, pursuant to the Court's September 8, 2025 Order [ECF 31], the Parties hereby request the stay be lifted.

Dated this 17th day of September, 2025.

                                       Respectfully submitted,

By: s/ *Jodanna L. Haskins*
     Jodanna L. Haskins
     United States Securities and Exchange Commission
     Byron G. Rogers Federal Building
     1961 Stout Street, Suite 1700
     Denver, Colorado 80294
     (303) 844-1114
     HaskinsJo@sec.gov
     *Attorney for Plaintiff*


SPRINGER & STEINBERG, P.C.

By: s/ *Austin G. Miller*
     Austin G. Miller
     Spring & Steinberg, P.C.
     1400 S. Colorado Blvd., Suite 500
     Denver, Colorado 80222
     (303) 861-2800
     amiller@springersteinberg.com
     *Attorney for Defendant*


PETER MCNEILLY
United States Attorney

By: s/ *Logan P. Brown*
     Logan P. Brown
     Assistant United States Attorney
     United States Attorney's Office
     1801 California Street, Suite 1600
     Denver, Colorado 80202
     (303) 454-0100
     Logan.Brown@usdoj.gov
     *Attorney for the United States*

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September, 2025, I filed the foregoing via CM/ECF which will provide notice to all parties and counsel of record:

*s/ Jodanna L. Haskins*